United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5: 11-CV-04660 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>**(Re: Docket No. 15)** |

This case is scheduled for a Case Management Conference on January 27, 2012. Based on the unilateral Case Management Conference Statement, filed by Plaintiff on January 17, 2012, (see Docket Item No. 15) the court has determined that an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that Plaintiff shall file an amended complaint by February 3, 2012.

IT IS FURTHER ORDERED that a new Case Management Conference be set for March 23, 2012 at 11:00 a.m.

IT IS FURTHER ORDERED that a Joint Case Management Conference Statement be filed by March 13, 2012.

**IT IS SO ORDERED.**

Dated: January 23, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5: 11-CV-04660 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE