**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INCORP SERVICES, INC., | CASE NO. 5:11-cv-04660 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| INCSMART.BIZ, INC., et. al., | |
| Defendant(s). | |
| _____/ | |

The above-entitled action is scheduled for a Case Management Conference on March 23, 2012. Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 24) and considering default has been entered as to some Defendants (see Docket Item No. 25), the court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference is CONTINUED to **May 4, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **April 27, 2012.**

The court also schedules a hearing on Plaintiff's anticipated Motion for Default Judgment as to some or all Defendants for **May 4, 2012, at 9:00 a.m.** Plaintiff shall promptly request the clerk enter default against the remaining Defendants should they fail to respond or otherwise plead, and shall file, serve and notice the motion pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: March 21, 2012

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-04660-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE