DEFAULT ENTERED
MAR 1 5 2012
RICHARD W. WIEKING, CLERK
By ALBERT J YOUNGER
Deputy Clerk

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2012 APR 12
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

7009 1410 0002 2008 6082

CERTIFIED MAIL

INCSMART.BIZ, INC.
DAVID OLIVER
4421 EDWARD AVENUE

NIXIE    891    DE 1        00 04/10/12
         RETURN TO SENDER
         UNCLAIMED
         UNABLE TO FORWARD
BC: 9511330959          *1056-06497-15-43



US DISTRICT COURT
DISTRICT OF CALIFORNIA

Case No. 11-CV-4660-EJD-PSG

**PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS INCSMART.BIZ, INC. AND DAVID OLIVER**

UNITED STATES POSTAGE
02 1A
000 4327683
MAILED FROM ZIP CODE 95113
MAR 16 2012
$05.75°
PITNEY BOWES

28 | Case No. 11-CV-4660-EJD-PSG | PLAINTIFF'S REQUEST TO CLERK TO ENTER DEFAULT AGAINST DEFENDANTS