**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INCORP SERVICES, INC., | CASE NO. 5:11-cv-04660 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| INCSMART.BIZ, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Case Management Conference Statement (see Docket Item No. 42), the court finds a that a Case Management Conference is unnecessary at this time. Accordingly, the conference currently scheduled for June 22, 2012, is CONTINUED to **August 10, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **August 3, 2012,** which shall include, inter alia, a proposed schedule in the event Defendant's Motion to Dismiss or Transfer (Docket Item No. 43) is denied.

The hearing on Defendant's Motion to Dismiss or Transfer is also ADVANCED to **August 10, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  June 20, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04660 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE