**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff INCORP SERVICES, INC. and Counter-Defendant TENNIE SEDLACEK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INCORP SERVICES, INC.,** a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>**INCSMART.BIZ, INC.,** a Nevada corporation;<br>**DAVID OLIVER,** an individual;<br>**MICHAEL LASALA,** an individual; and<br>**DOES 1-10,** inclusive,<br><br>  Defendants. | Case No. 11-CV-4660-EJD-PSG<br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES** |
| **INCSMART.BIZ, INC.**, a Nevada Corporation,<br><br>  Counter-Claimant,<br><br>vs.<br><br>**INCORP SERVICES, INC.**, a Nevada Corporation; **TENNIE SEDLACEK**, an individual; **JENNIFER L. REUTING**, an individual; and **DOUG ANSELL**, an individual,<br><br>  Counter-Defendants. | |

Case No. 11-CV-4660-EJD-PSG       **STIPULATION AND [PROP] ORDER CONTINUING DISCOVERY DEADLINES**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Incorp Services, Inc. and Defendants Incsmart.biz, Inc., David Oliver, and Michael Lasala (individually, a "Party" and collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, fact discovery is set to close on December 31, 2012;

WHEREAS, the Parties have been diligently performing discovery since the opening of discovery;

WHEREAS, the Parties have not yet completed fact discovery;

WHEREAS, certain discovery disputes have arisen, which, despite the parties' meet-and-confer efforts, will require Court intervention to resolve;

WHEREAS, the Parties will incur significant expense in presenting these discovery disputes to the Court;

WHEREAS, the Parties are meeting-and-conferring about the Defendants' financial condition, Defendants' ability to pay the sanctions set forth in the Court's June 6, 2012 order [D.E. No. 40], and the possibility of settlement;

WHEREAS, the Parties believe that the interests of the Parties and the Court would best be served by continuing the discovery period so that the Parties can wait until after their settlement discussions to bring any discovery motions.

NOW, THEREFORE, it is herby stipulated and agreed, by and among the Parties, through their respective counsel, as follows:

1. The Parties agree that all discovery deadlines, as detailed in the Court's case Management Order dated August 24, 2012 [D.E. No. 53], shall be continued for sixty (60) days, pursuant to the following schedule:

//
//
//

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | March 1, 2013 |
| Designation of Opening Experts with Reports | March 12, 2013 |
| Designation of Rebuttal Experts with Reports | April 2, 2013 |
| Expert Discovery Cutoff | April 16, 2013 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | April 30, 2013 |
| Preliminary Pretrial Conference | 11:00 a.m. on February 8, 2013 |
| Joint Preliminary Pretrial Conference Statement | January 30, 2013 |

**IT IS SO STIPULATED.**

DATED: November 13, 2012              DATED: November 13, 2012

**KRONENBERGER ROSENFELD, LLP**      **THE LAW OFFICES OF MICHAEL G. ACKERMAN**

By:    s/Jeffrey M. Rosenfeld              By:      s/ Michael G. Ackerman
         Jeffrey M. Rosenfeld                          Michael G. Ackerman

Attorneys for Plaintiff Incorp Services, Inc. and Counter-Defendant Tennie Sedlacek

Attorney for Defendants Incsmart.biz, Inc., David Oliver, Michael Lasala, and Jo Ann Oliver

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Jeffrey M. Rosenfeld, hereby attest that the concurrence to the filing of this Stipulation and [Proposed] Order Continuing Discovery Deadlines has been obtained from Michael G. Ackerman, who has provided the conformed signature above.

Case No. 11-CV-4660-EJD-PSG       3       **STIPULATION AND [PROP] ORDER CONTINUING DISCOVERY DEADLINES**

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that all discovery deadlines, as detailed in the Court's case Management Order dated August 24, 2012, shall be continued for sixty (60) days, pursuant to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | March 1, 2013 |
| Designation of Opening Experts with Reports | March 12, 2013 |
| Designation of Rebuttal Experts with Reports | April 2, 2013 |
| Expert Discovery Cutoff | April 16, 2013 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | April 30, 2013 |
| Preliminary Pretrial Conference | 11:00 a.m. on February 8, 2013 |
| Joint Preliminary Pretrial Conference Statement | January 30, 2013 |

**IT IS SO ORDERED.**

Dated: November 15, 2012



United States District Court Judge

Case No. 11-CV-4660-EJD-PSG   4   **STIPULATION AND [PROP] ORDER CONTINUING DISCOVERY DEADLINES**