**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff and Counter-Defendant
INCORP SERVICES, INC. and
Counter-Defendant TENNIE SEDLACEK



12/4/2012

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INCORP SERVICES, INC.**, a Nevada corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>**INCSMART.BIZ, INC.**, a Nevada corporation;<br>**DAVID OLIVER**, an individual;<br>**MICHAEL LASALA**, an individual; and<br>**DOES 1-10**, inclusive,<br><br>      Defendants. | Case No. 11-CV-4660-EJD-PSG<br><br>**STIPULATED NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE WITHOUT PREJUDICE** |
| **INCSMART.BIZ, INC**., a Nevada corporation,<br><br>      Counter-Claimant,<br><br>vs.<br><br>**INCORP SERVICES, INC.**, a Nevada corporation; **TENNIE SEDLACEK**, an individual; **JENNIFER L. REUTING**, an individual; and **DOUG ANSELL**, an individual,<br><br>      Counter-Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Incorp Services, Inc. and Defendants Incsmart.biz, Inc., David Oliver, and Michael Lasala (individually, a "Party" and collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Motion for Issuance of an Order to Show Cause Why Defendants Should Not Be Held in Contempt for Failure to Submit Sanctions Payment ("Motion for OSC") on September 6, 2012 [D.E. #55];

WHEREAS, the Parties appeared before the Court on November 9, 2012, for a hearing on Plaintiff's Motion for OSC;

WHEREAS, at the November 9 hearing, the Court continued the hearing on the Motion for OSC to December 7, 2012;

WHEREAS, the Parties have agreed to allow Plaintiff to withdraw its Motion for OSC without prejudice.

NOW, THEREFORE, it is herby stipulated and agreed, by and among the Parties, through their respective counsel, as follows:

1. Plaintiff Incorp Services, Inc.'s Motion for Issuance of an Order to Show Cause Why Defendants Should Not Be Held in Contempt for Failure to Submit Sanctions Payment is hereby WITHDRAWN without prejudice. The hearing set for December 7, 2012 is VACATED.

**IT IS SO STIPULATED.**

| DATED:  December 3, 2012 | DATED:  December 3, 2012 |
|---|---|
| **KRONENBERGER ROSENFELD, LLP** | **THE LAW OFFICES OF MICHAEL G. ACKERMAN** |
| By: s/Jeffrey M. Rosenfeld<br>Jeffrey M. Rosenfeld | By: s/ Michael G. Ackerman<br>Michael G. Ackerman |
| Attorneys for Plaintiff and Counter-Defendant Incorp Services, Inc. and Counter-Defendant Tennie Sedlacek | Attorney for Defendants Incsmart.biz, Inc., David Oliver, and Michael Lasala, and Counter-Claimant Incsmart.biz, Inc. |

Case No. 11-CV-4660-EJD-PSG    2    **STIPULATED NOTICE OF WITHDRAWAL OF MTN FOR OSC**

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Jeffrey M. Rosenfeld, hereby attest that the concurrence to the filing of this Stipulated Notice of Withdrawal of Motion for Order to Show Cause Without Prejudice has been obtained from Michael G. Ackerman, who has provided the conformed signature above.

                                                  s/ Jeffrey M. Rosenfeld
                                                  Jeffrey M. Rosenfeld

